UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.   Case No. 8:10-CR-62-T-27TBM

JESUS TAPIA
_____/

ORDER

**BEFORE THE COURT** is Defendant's *pro se* "Order for Writ Habeas Corpus Relief for Notice of Appeal, Appointed Counsel, to Vacate Sentence Judgment, etc." (Dkt. 184). Defendant attacks his conviction by contending that he received ineffective assistance of counsel because he claims his attorney didn't challenge the quantity of drugs attributable to him.

Since Defendant's motion is a collateral attack on his conviction, the proper avenue of relief is under 28 U.S.C. § 2255. Pursuant to *Castro v. United States*, 540 U.S. 375 (2003), Defendant was notified that his motion would be re-characterized as a Section 2255 motion to vacate, and that a second or subsequent Section 2255 motion would be subject to the restrictions on second or successive motions (Dkt. 539). Consistent with *Castro*, Defendant was afforded the opportunity to (1) withdraw his motion, (2) file an amended motion which includes all Section 2255 claims he believes he has, or (3) have the motion construed as a Section 2255 motion as filed. (Dkt. 185).

Defendant was also notified that he should show cause, if he elected to have the motion re-characterized as a § 2255 motion to vacate, why his motion should not be denied as time-barred. Finally, Defendant was instructed that if he failed to respond to the Order, his motion would be considered a Section 2255 motion and taken under advisement (Dkt. 185). Defendant did not

respond to the Order.[1] Therefore, it is

**ORDERED** that Defendant's *pro se* Motion (Dkt. 184) is construed as a Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255. The clerk is directed to open a corresponding civil file according to procedure. Defendant's motion will remain under consideration in the corresponding civil file.

**DONE AND ORDERED** this 3rd day of June, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Defendant, *pro se*
Counsel of record

---

[1] The *Castro* notice was issued on October 29, 2013. On November 15, 2013, the Clerk received another document from Defendant dated November 12, 2013 entitled "Order for Ineffective Counsel, Drug Quantity Amount Attributable to Petitioner not Conspiracy and Leave to Proceed In Forma Pauperis." (Dkt. 186). Defendant's document does not address or acknowledge the Court's *Castro* notice and reargues the claims in his original motion. Defendant has not responded to the *Castro* notice.